# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| DIANE WIELAND AND THOMAS WIELAND, | ) CASE NO. CV-10-715846 )<br>) JUDGE DANIEL GAUL |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF FILING NOTICE OF REMOVAL** |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) |
| Defendant. | ) |

Now comes Defendant Novartis Pharmaceuticals Corporation (hereinafter "NPC"), through counsel, and hereby gives notice that a Notice of Removal, which is attached hereto, was filed on February 23, 2010, in the United States District Court for the Northern District of Ohio, Eastern Division, thereby removing this case to that Court pursuant to 28 U.S.C. § 1441(a) and § 1446(a). A copy of this notice was filed with the Notice of Removal in the District Court.

Respectfully submitted,

/s/ Matthew Snyder
_____
Matthew L. Snyder (0079703)
Brzytwa Quick & McCrystal LLC
Telephone: (216) 664-6900
Facsimile: (216) 664-6901
Email: snyder@bqmlaw.com

OF COUNSEL:

Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Joe G. Hollingsworth (DC Bar #203273)
Katharine R. Latimer (DC Bar #405137)
Robert E. Johnston (DC Bar #447475)
Email: jhollingsworth@hollingsworthllp.com
   klatimer@hollingsworthllp.com
   rjohnston@hollingsworthllp.com

Attorneys for Defendant,
Novartis Pharmaceuticals Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Filing Notice of Removal was mailed this 23rd day of February, 2010 by ordinary U.S. Mail, postage prepaid, to:

William J. Novak, Esq.
Michelle D. Bogle, Esq.
Novak, Robenalt, & Pavlik, L.L.P.
Tower City Center
1660 West 2nd Street, Suite 950
Cleveland Ohio 44113

Attorneys for Plaintiffs

_____
MATTHEW L. SNYDER

2