# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:10–cv–00402–DCN

| | |
|---|---|
| Wieland, et al. v. Novartis Pharmaceutical Corporation | Date Filed: 02/23/2010 |
| Assigned to: Judge Donald C. Nugent | Date Terminated: 03/29/2010 |
| Case in other court: Cuyahoga County Common Pleas, CV–10–715846 | Jury Demand: Both |
| Cause: 28:1332 Diversity–Petition for Removal | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Diane Weiland**     represented by     **William J. Novak**
Novak, Robenalt, Pavlik &Scharf
Ste. 270
Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113–1498
216–781–8700
Fax: 216–348–7081
Email: wnovak@nrpslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle D. Bogle**
Novak, Robenalt &Pavlik
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216–781–8700
Fax: 781–9227
Email: mbogle@nrplaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Weiland**     represented by     **William J. Novak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle D. Bogle**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Novartis Pharmaceutical Corporation**     represented by     **Matthew L. Snyder**
Brzytwa, Quick &McCrystal
900 Skylight Office Tower
1660 West Second Street

Cleveland, OH 44113  
216−664−6900  
Fax: 216−664−6901  
Email: snyder@bqmlaw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2010 | Ï 1 | **Notice of Removal** from Cuyahoga County Common Pleas, case number CV−10−715846 with jury demand. Filing fee $ 350, receipt number 0647−3968757. Filed by Novartis Pharmaceutical Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (Snyder, Matthew) (Entered: 02/23/2010) |
| 02/23/2010 | Ï 2 | Corporate Disclosure Statement filed by Novartis Pharmaceutical Corporation. (Snyder, Matthew) (Entered: 02/23/2010) |
| 02/23/2010 | Ï 3 | **Answer** to Complaint with Jury Demand filed by Novartis Pharmaceutical Corporation. (Snyder, Matthew) (Entered: 02/23/2010) |
| 02/24/2010 | Ï | Judge Donald C. Nugent assigned to case. (M,L) (Entered: 02/24/2010) |
| 02/24/2010 | Ï | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Greg White. (M,L) (Entered: 02/24/2010) |
| 02/24/2010 | Ï 4 | Magistrate Consent Form issued. (M,L) (Entered: 02/24/2010) |
| 03/29/2010 | Ï 5 | Conditional Transfer Order (CTO−117) by The Judicial Panel on Multidistrict Litigation. In re: MDL 1760 Aredia and Zometa Products Liability Litigation. Case transferred to the Middle District of Tennessee and assigned to the Honorable Todd J. Campbell. (MDTN Case No. 3:10−312) (S,R) (Entered: 03/30/2010) |